NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**IMPLICIT NETWORKS, INC.,**
*Plaintiff-Appellant,*

**v.**

**F5 NETWORKS, INC.,**
*Defendant-Appellee.*

———————————————

2013-1327

———————————————

Appeal from the United States District Court for the Northern District of California in No. 10-CV-3365, Judge Susan Illston.

- - - - - - - - - - - - - - - - - - - -

**IMPLICIT NETWORKS, INC.,**
*Plaintiff-Appellee,*

**v.**

**F5 NETWORKS, INC.,**
*Defendant-Appellant.*

———————————————

2013-1440

———————————————

IMPLICIT NETWORKS, INC. v. F5 NETWORKS, INC.                    2

Appeal from the United States District Court for the Northern District of California in No. 10-CV-3365, Judge Susan Illston.

_____

## ON MOTION

_____

## O R D E R

The parties jointly move to dismiss Implicit Networks, Inc.'s appeal no. 2013-1327, pursuant to Fed. R. App. P. 42(b).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal no. 2013-1327 is dismissed.

(2)  Each side shall bear its own costs in 2013-1327.

(3) The revised official caption for 2013-1440 is reflected above.  F5 Networks, Inc.'s opening brief is due within 30 days of the date of filing of this order.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21


Issued As A Mandate (As To 2013-1327 Only):
June 20, 2013